Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@finkelsteinthompson.com
Daniel T. LeBel (State Bar No. 246169)
Email: dlebel@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Telephone: (415) 398-8700/Facsimile: (415) 398-8704

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BERCAW, RUSSELL WINSETT, and TY WOODS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENDINGTREE, LLC, a Delaware limited liability company, NEWPORT LENDING CORP., a Nevada corporation, SAGE CREDIT CO., a Delaware corporation, HOME LOAN CONSULTANTS, INC., a California corporation, CHAPMAN CAPITAL, INC., a California corporation, and SOUTHERN CALIFORNIA MARKETING CORP., a California corporation.<br><br>Defendants. | Case No. SACV 08-660-CJC (ANx)<br><br>**[PROPOSED]** ORDER RE LOCAL RULE 23-3<br><br>Date Action filed: June 13, 2008<br>Trial Date: None Set |

1  Pursuant to the parties' stipulation dated September 17, 2008 and good cause
2  appearing thereto, the Court hereby orders as follows:
3  The deadline for Plaintiffs to file their motion for class certification is
4  extended to 90 days from the date the Judicial Panel issues an order on the motion
5  for consolidation and transfer.
6  **IT IS SO ORDERED.**

Dated: September 18, 2008  _____
HONORABLE CORMAC CARNEY
UNITED STATES DISTRICT COURT JUDGE

1
[PROPOSED] ORDER RE LOCAL RULE 23-3
CASE NO. SACV 08-600-CJC (ANx)